|   |   |
|---|---|
| 1 | Thomas V. Girardi, SBN #:  36603 |
| 2 | Stephen G. Larson, SBN #:  145225<br>**GIRARDI │ KEESE** |
| 3 | 1126 Wilshire Boulevard<br>Los Angeles, California 90017 |
| 4 | Telephone: 213-977-0211<br>Facsimile: 213-481-1554 |
| 5 | Email: tgirardi@girardikeese.com<br>Email: slarson@girardikeese.com |
| 6 |   |
| 7 | Christopher D. Johnson, SBN #: 222698<br>Christopher Q. Pham, SBN #: 206697 |
| 8 | Marcus F. Chaney, SBN#: 245227 |
| 9 | **JOHNSON & PHAM, LLP**<br>6355 Topanga Canyon Boulevard, Suite 115 |
| 10 | Woodland Hills, California 91367 |
| 11 | Telephone:   (818) 888-7540<br>Facsimile:    (818) 888-7544 |
| 12 | Email: cpham@johnsonpham.com |
| 13 | Email: cjohnson@johnsonpham.com<br>Email: mchaney@johnsonpham.com |
| 14 |   |
| 15 | Attorneys for Plaintiff<br>MIKHAIL REIDER-GORDON |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIKHAIL REIDER-GORDON, an individual<br><br>    Plaintiff,<br><br>    vs.<br><br>SYNTHES SPINE COMPANY, L.P., a Delaware limited partnership; SPINE SOLUTIONS, INC., a Delaware Corporation; VISCOGLIOSI BROTHERS LLC., a Delaware limited liability company; | Case No. CV10-00641 ODW (EX)<br><br>**ORDER RE  DISMISSAL OF DEFENDANTS VISCOGLIOSI BROTHERS, LLC, MARC R. VISCOGLIOSI, JOHN  J. VISCOGLIOSI, AND ANTHONY G. VISCOGLIOSI** |

MARC R. VISCOGLIOSI, an individual,
JOHN J. VISCOGLIOSI, an individual,
ANTHONY G. VISCOGLIOSI, an individual, SPINE INSTITUTE IN SANTA MONICA, INC., a business entity of unknown status in California; RICK B. DELAMARTER, M.D., an individual; and Does 1-10, Inclusive,

    Defendants.

## **ORDER**

Having considered Plaintiff MIKHAIL REIDER-GORDON, an individual, Stipulation of Dismissal, Pursuant to Federal Rules of Civil Procedure 41(a)(1), and for good cause appearing, it is hereby ORDERED that this Action is dismissed with prejudice and that each party shall bear its own costs and attorneys' fees incurred to date as to Defendants VISCOGLIOSI BROTHERS, LLC; MARC R. VISCOGLIOSI; JOHN J. VISCOGLIOSI; and ANTHONY G. VISCOGLIOSI.

DATED: September 29, 2010    _____

    Hon. Otis D. Wright II,
    United States District Court for the
    Central District of California

- 2 -
ORDER RE DISMISSAL OF DEFENDANT VISCOGLIOSI BROTHERS, MARC R. VISCOGLIOSI; JOHN J. VISCOGLIOSI; AND ANTHONY G. VISCOGLIOSI